# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| COOPER TIRE & RUBBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-06-0693-HE |
| | ) | |
| RICH TIRE COMPANY, WILLIAM E. RICH, and ANITA M. RICH, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EXCHANGE NATIONAL BANK, | ) | |
| Garnishee. | ) | |

## ORDER

No objection thereto having been filed by any party, the March 1, 2007, report and recommendation of Magistrate Judge Purcell as to the garnishment of defendants and defendants' claim of exemption is **ADOPTED**. Defendants' claim for exemption is **GRANTED** to the extent of $2,187.15 of the funds currently held by Plaintiff, the Court Clerk or the Garnishee.[1] Such funds shall be paid or reimbursed to defendants William E. Rich and Anita M. Rich. Otherwise, the motion/claim is **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

Dated this 30th day of April, 2007.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] It is not apparent from the record where the funds are at this point.